

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|---|

Defendant: **Advanced Electrical Systems, Inc.**
Bankruptcy Case: **Dean Foods Company, et al.**
Preference Period: **Aug 14, 2019 - Nov 12, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173836 | $750.00 | 10/2/2019 | InvDate:9/24/2019_4 | 9/24/2019 | $750.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169246 100884124171 | $1,873.00 | 9/4/2019 | InvDate:8/28/2019 | 8/28/2019 | $1,873.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169269 100900173626 | $1,472.87 | 9/27/2019 | InvDate:9/24/2019_1 | 9/24/2019 | $1,472.87 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169269 100900173634 | $632.11 | 9/27/2019 | InvDate:9/24/2019_2 | 9/24/2019 | $632.11 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173778 | $625.00 | 10/2/2019 | InvDate:9/19/2019_1 | 9/19/2019 | $625.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173786 | $812.50 | 10/2/2019 | InvDate:9/13/2019 | 9/13/2019 | $812.50 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173794 | $1,472.87 | 10/2/2019 | InvDate:9/24/2019_3 | 9/24/2019 | $1,472.87 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173802 | $500.00 | 10/2/2019 | InvDate:9/16/2019 | 9/16/2019 | $500.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1514859 | $9,222.00 | 9/16/2019 | 2925 | 7/29/2019 | $9,222.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173828 | $625.00 | 10/2/2019 | InvDate:9/19/2019_2 | 9/19/2019 | $625.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169306 100124646725 | $250.00 | 11/4/2019 | InvDate:10/22/2019 | 10/22/2019 | $250.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173844 | $875.00 | 10/2/2019 | InvDate:9/24/2019_5 | 9/24/2019 | $875.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169291 100810351207 | $500.00 | 10/21/2019 | InvDate:10/2/2019 | 10/2/2019 | $500.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169291 100810351215 | $1,804.91 | 10/21/2019 | InvDate:10/9/2019_1 | 10/9/2019 | $1,804.91 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169291 100810351223 | $750.00 | 10/21/2019 | InvDate:10/9/2019_2 | 10/9/2019 | $750.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169291 100810351231 | $1,071.63 | 10/21/2019 | InvDate:10/17/2019 | 10/17/2019 | $1,071.63 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169291 100810351249 | $250.00 | 10/21/2019 | InvDate:10/1/2019 | 10/1/2019 | $250.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169306 100124646717 | $1,973.20 | 11/4/2019 | InvDate:10/28/2019 | 10/28/2019 | $1,973.20 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | PC24692169274 100180173810 | $3,418.90 | 10/2/2019 | InvDate:9/26/2019 | 9/26/2019 | $3,418.90 |

**Totals:** 19 transfer(s), $28,878.99